UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Douglas Warford et al</u>

    v.                    Civil No. 06-463-JL

<u>Industrial Power Systems, Inc.</u>

**O R D E R**

The court, <u>sua sponte</u>, has reconsidered its order denying the plaintiffs' request for a continuance, instead affording protection for Maine school vacation week. When the court denied the request for a continuance, it had not reviewed the parties' Pretrial Statements which estimate that the length of trial will be 4-5 days. This will likely prove unworkable, in that a jury trial before the court is scheduled for the same date, and that case will be tried prior to initiation of trial in this matter.

Since counsel are in agreement that the week of May 20, 2008, is a suitable trial date, the Clerk will reschedule trial on or after that date.

The court apologizes to the parties and counsel for any inconvenience caused by the court's initial order on the motion.

**SO ORDERED.**

_/s/ Joe Laplante_
Joseph N. Laplante
United States District Judge

Dated: March 19, 2008

cc:   Christine Friedman, Esq.  
      William H. Welte, Esq.  
      Lee Stephen MacPhee, Esq.  
      Peter G. Callaghan, Esq.  
      Gregory P. Hansel, Esq.  
      Michael Kaplan, Esq.  
      Daniel P. Luker, Esq.