UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Douglas Warford, et al.

    v.                    Civil No. 06-463-JL

Industrial Power
Systems, Inc. et al.

**O R D E R**

The Final Pretrial Conference, including non-evidentiary hearing on the motions in limine regarding expert testimony, is scheduled for **May 15 at 10:00 a.m.**  The bench trial will proceed as currently scheduled on **May 21, at 9:30 a.m.**

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  May 8, 2008

cc:  Christine Friedman, Esq.
     William H. Welte, Esq.
     Lee Stephen MacPhee, Esq.
     Peter G. Callaghan, Esq.
     Gregory P. Hansel, Esq.
     Michael Kaplan, Esq.
     Daniel P. Luker, Esq.
     Joshua E. Menard, Esq.